**TAGHULK PROPRIETARY, LTD.,**
Plaintiff–Appellant,

v.

**SERVICE CORPORATION INTERNATIONAL, INC.,**
Defendant–Appellee,

and

**Batesville Casket Company, Defendant.**

No. 04–1201.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2004.

Before MAYER, Chief Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.